# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL ONEIL RUFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:17-cv-152-NT |
| | ) | |
| ALFRED CICHON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING IN PART RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On May 25, 2017, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 9). The Plaintiff filed an objection to the Recommended Decision on June 5, 2017 (ECF No. 10). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I will allow the Plaintiff to amend his complaint to add the additional allegations against Defendant John Hinkley found in his objection to the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge, and with the newly filed additional allegations against Defendant Hinkley, I will affirm the Recommended Decision in all respects but the dismissal of Defendant Hinkley.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED IN PART**. The Plaintiff's claims regarding his diet and

access to the commissary are **DISMISSED** and I **ORDER** service of the complaint and the objection to the recommended decision on the Defendants Cichon, Knowlton and Hinkley on Plaintiff's medical care claim.

    **SO ORDERED.**

                                          /s/ Nancy Torresen
                                          United States Chief District Judge

Dated this 8th day of June, 2017