UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DANIEL RUFFIN,<br>　　　　　　Plaintiff<br><br>v.<br><br>ALFRED CICHON, MICHAEL KNOWLTON, and JOHN HINKLEY,<br>　　　　　　Defendants | Docket No. 2:17-cv-00152-NT |

**DEFENDANT JOHN HINKLEY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND MOTION FOR OBJECT TO MAGISTRATE DISMISSAL**

NOW COMES Defendant John Hinkley, through counsel, and hereby responds to the allegations contained in Plaintiff's Complaint (ECF No. 1) and Motion for Object to Magistrate Dismissal (ECF No. 10) as follows:

AFFIRMATIVE DEFENSES

A. Plaintiff's Complaint and Objection fail to state a cause of action against this Defendant upon which relief may be granted.

B. Plaintiff has failed to exhaust his administrative remedies, and his claim is therefore barred by the provisions of the Prison Litigation Reform Act.

C. This Defendant is entitled to qualified immunity.

D. This Defendant is entitled to discretionary function immunity under the Maine Tort Claims Act.

E. This Defendant is entitled to intentional act immunity under the Maine Tort Claims Act.

  F. Plaintiff has failed to comply with notice provisions of the Maine Tort Claims Act.

  G. Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than this Defendant.

  H. Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

  I. Plaintiff has failed to mitigate his damage as required by law.

  J. Plaintiff's Complaint is barred by 42 U.S.C. § 1997e(e).

  K. The Defendant, in his official capacity, is entitled to general immunity under the Maine Tort Claims Act.

## ANSWER[1]

Complaint

  This Defendant generally denies all substantive allegations contained in Plaintiff's Complaint.

Motion for Object to Magistrate Dismissal

  1. This Defendant admits the allegations contained in these paragraphs of Plaintiff's Complaint.

  2-7. This Defendant denies the allegations contained in these paragraphs of Plaintiff's Complaint.

  8. This Defendant is without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore denies same.

---

[1]This Defendant is aware of the Recommended Decision After Screening (ECF No. 9) and the Order Affirming in Part the Recommended Decision (ECF No. 11).  Notwithstanding the dismissal of some of Plaintiff's claims, this Defendant answers all of the allegations contained in the Plaintiff's Complaint and in the Motion for Object to Magistrate Dismissal because the claims are difficult to disentangle.

9. This Defendant denies the allegations contained in Paragraph 9 of Plaintiff's Complaint.

WHEREFORE, this Defendant prays for judgment in his favor against Plaintiff and requests that he be awarded costs and attorneys fees and such other and further relief as the Court may deem just and proper under the circumstances.

Dated: July 17, 2017                              /s/   Peter T. Marchesi
                                                                             Peter T. Marchesi, Esq.

                                                                             /s/   Cassandra S. Shaffer
                                                                             Cassandra S. Shaffer, Esq.

                                                                             Wheeler & Arey, P.A.
                                                                             Attorneys for Defendant Hinkley
                                                                             27 Temple Street, P.O. Box 376
                                                                             Waterville, ME   04903-0376

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DANIEL RUFFIN,<br>              Plaintiff<br><br>v.<br><br>ALFRED CICHON, MICHAEL<br>KNOWLTON, and JOHN HINKLEY,<br>              Defendants | ) ) ) ) ) ) ) ) ) ) )   Docket No. 2:17-cv-00152-NT |

CERTIFICATE OF SERVICE

I, Peter T. Marchesi, hereby certify that:

- Defendant John Hinkley's Answer and Affirmative Defenses to Plaintiff's Complaint and Motion for Object to Magistrate Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

    Daniel Ruffin
    Maine State Prison
    807 Cushing Road
    Warren, ME   04864-4600

Dated: July 17, 2017                         /s/   Peter T. Marchesi
                                                           Peter T. Marchesi, Esq.
                                                           Wheeler & Arey, P.A.
                                                           Attorneys for Defendant Hinkley
                                                           27 Temple Street, P.O. Box 376
                                                           Waterville, ME   04903-0376