UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DANIEL RUFFIN,<br>　　　　　Plaintiff<br><br>v.<br><br>ALFRED CICHON, MICHAEL KNOWLTON, JOHN HINKLEY, and JONATHAN JONES,<br>　　　　　Defendants | Docket No. 2:17-cv-00152-NT |

## DEFENDANT JOHN HINKLEY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

NOW COMES Defendant John Hinkley, through counsel, and hereby responds to the allegations contained in Plaintiff's Amended Complaint as follows:

### AFFIRMATIVE DEFENSES

A. Plaintiff's Amended Complaint and Objection fail to state a cause of action against this Defendant upon which relief may be granted.

B. Plaintiff has failed to exhaust his administrative remedies, and his claim is therefore barred by the provisions of the Prison Litigation Reform Act.

C. This Defendant is entitled to qualified immunity.

D. This Defendant is entitled to discretionary function immunity under the Maine Tort Claims Act.

E. This Defendant is entitled to intentional act immunity under the Maine Tort Claims Act.

F.  Plaintiff has failed to comply with notice provisions of the Maine Tort Claims Act.

G.  Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than this Defendant.

H.  Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

I.  Plaintiff has failed to mitigate his damage as required by law.

J.  Plaintiff's Amended Complaint is barred by 42 U.S.C. § 1997e(e).

K.  The Defendant, in his official capacity, is entitled to general immunity under the Maine Tort Claims Act.

## ANSWER

### I. Jurisdiction

1. Defendant Hinkley admits the allegations contained in this paragraph of Plaintiff's Amended Complaint.

2. Defendant Hinkley admits the allegations contained in this paragraph of Plaintiff's Amended Complaint.

### II. Introduction

2(sic). Defendant Hinkley generally denies all substantive allegations contained in this paragraph of Plaintiff's Amended Complaint.

### III. Exhaustion of Available Remedies

Defendant Hinkley denies the allegations contained in this section of Plaintiff's Amended Complaint.

IV. Factual Statement

Defendant Hinkley generally denies all substantive allegations contained in the Factual Statement of Plaintiff's Amended Complaint.

Claims for Relief

Defendant Hinkley generally denies all substantive allegations contained in the Claims for Relief section of Plaintiff's Amended Complaint.

Conclusion

Defendant Hinkley generally denies all substantive allegations contained in the Conclusion section of Plaintiff's Amended Complaint.

WHEREFORE, this Defendant prays for judgment in his favor against Plaintiff and requests that he be awarded costs and attorneys fees and such other and further relief as the Court may deem just and proper under the circumstances.

Dated:   September 5, 2017            /s/   Peter T. Marchesi
                                      Peter T. Marchesi, Esq.


                                       /s/   Cassandra S. Shaffer
                                      Cassandra S. Shaffer, Esq.

                                      Wheeler & Arey, P.A.
                                      Attorneys for Defendant Hinkley
                                      27 Temple Street, P.O. Box 376
                                      Waterville, ME   04903-0376

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DANIEL RUFFIN,<br>　　　　　Plaintiff<br><br>v.<br><br>ALFRED CICHON, MICHAEL<br>KNOWLTON, and JOHN HINKLEY,<br>　　　　　Defendants | Docket No. 2:17-cv-00152-NT |

CERTIFICATE OF SERVICE

I, Peter T. Marchesi, hereby certify that:

- Defendant John Hinkley's Answer and Affirmative Defenses to Plaintiff's Amended Complaint

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

　　None

　　Copies of the above documents have been provided to the Plaintiff via United States Mail, postage prepaid, at the following address:

　　　　Daniel Ruffin
　　　　Maine State Prison
　　　　807 Cushing Road
　　　　Warren, ME   04864-4600

Dated:   September 5, 2017              /s/   Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Hinkley
　　　　　　　　　　　　　　　　　　　　27 Temple Street, P.O. Box 376
　　　　　　　　　　　　　　　　　　　　Waterville, ME   04903-0376