# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANIEL O'NEIL RUFFIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALFRED CICHON, et al., )<br>)<br>Defendant. )<br>) | Docket no. 2:17-cv-152-NT |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 19, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. (ECF No. 29). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The Plaintiff filed a Motion to Dismiss agreeing to the dismissal of Defendant Jones and dropping his Amended Complaint and returning to the original Complaint.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED.** Defendant Jones is **DISMISSED** and the Plaintiff's disability discrimination claims against all Defendants are **DISMISSED.**

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 30th day of October, 2017.