# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANIEL RUFFIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Docket no. 2:17-cv-152-NT |
| ALFRED CICHON, et al., | ) ) |
| Defendants | ) ) ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 5, 2018, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 55). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED,** the Defendant Cichon's motion to dismiss is **GRANTED,** and the Plaintiff's complaint against Defendant Cichon is dismissed with prejudice.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 7th day of August, 2018.