UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL ONEIL RUFFIN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:17-CV-00152-LEW |
| | ) | |
| MICHAEL KNOWLTON, et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 15, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Defendants' Motions for Summary Judgment (ECF No. 61). The time within which to file objections expired on February 7, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Defendant Knowlton's Motion for Summary Judgment (ECF No. 59) and Defendant Hinkley's Motion for Summary Judgment (ECF No. 57) are GRANTED and judgment will enter in their favor against Plaintiff's claim of deliberate indifference to his medical needs. Because

judgment is entered on the only claims remaining in this case, the entry of final judgment is appropriate at this time.

**SO ORDERED.**

Dated this 12th day of February, 2019.

/s/ Lance E. Walker<br>**U.S. DISTRICT JUDGE**